**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:                                    Case Number **Case 22-13834-LMI**
**New Era Investment Properties LLC**      Chapter **11**
      Debtor(s)

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  5/14/22 ; First meeting 6/17/22 2:30 PM.

2. Names, case numbers and dates of filing of related debtors:        n/a

3. Description of debtor's business:        real property owned by debtor - single family residence

4. Locations of debtor's operations and whether the business premises are leased or owned:

5. owns one of a kind property at 10395 SW 67TH Avenue, Miami, Florida 33156 on an expansive lot in Pinecrest. 7 BD/5 BA home  situated on over 1.5 acres and 10,689 sq ft of living space. A two story open living area with abundant natural light, large eat-in kitchen, and spacious master suite complete with fireplace. Perfect for entertaining, the property is equipped with movie theater, game room, large pool and basketball court. Close proximity to Dadeland Mall, Pinecrest schools, shopping and more! Valued at $6 million**.**

6. Reasons for filing chapter 11:  state court litigation could not reorganize business and other creditors.

7. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1year prior to filing:    Angel Bermudez $0

8. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscalyear prior to the filing of this petition: $0.

9. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:    n/a

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors anda description and estimated value of all collateral of the debtor securing their claims

value property 6 million

Wilmington Savings Fund Society $2,887,000.00

All Florida Pools & Spa Center $2,537.72

ANX Builders, Inc. $3,380.00

Carribbean Construction Service LLC  $30,375.00

Lopefra Corp $755.00

Total $2.9 million

c. Amount of unsecured claims:

| | |
|---|---|
| AABBNB Corp. | $155,250.00 |
| FPC America LLC d/b/a Air By Us | $8,150.00 |
| Green Corridor PACE | $250,000.00 |
| Planet 57, Inc. | $289,608.80 |

**Total $703,000**

10. Value - $6 million

11. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date thepolicy expires; being turned over to US Trustee

12. Number of employees and amounts of wages owed as of petition date: 0

13. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll taxinformation required by Local Rule 2081-1(A):  same as 11

14. Anticipated emergency relief to be requested within 14 days from the petition date:   counsel

15. Plan to refinance secured debt

**New Era Investment Properties LLC**

**by: /s/ Angel Bermudez**
Signature

**MGM**
(Name of Corporate Officer or Authorized
Representative)

**/s/: Joel M. Aresty**
**Joel M. Aresty**
JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Counsel for Debtor
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
Fla. Bar No. 197483

Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy